UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TERRI HILL, JANE COLLETT, MARY MCCARTY, JAMES SINES, SHERRY WHITE-SIDE, and JACQUELINE MOORE,<br>        *Plaintiffs*,<br><br>        *vs.*<br><br>ELI LILLY AND COMPANY,<br>        *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:15-cv-00141-JMS-DKL |

## <u>ORDER TO FILE SECOND AMENDED COMPLAINT</u>

On March 10, 2015, the Court issued an Order requiring Plaintiffs to file an Amended Complaint which properly alleges the basis for this Court's jurisdiction. [Filing No. 13.] Plaintiffs filed an Amended Complaint on March 20, 2015, correcting some of the issues noted in the Court's Order, but still not properly alleging the amount in controversy.

Specifically, Plaintiffs allege that "each Plaintiff is seeking damages in excess of $75,000.00." [Filing No. 14 at 3.] As the Court set forth in its March 10, 2015 Order, the amount in controversy for each Plaintiff must exceed $75,000 "**exclusive of interest and costs**," 28 U.S.C. § 1332 (emphasis added). Without the "exclusive of interest and costs" language included, the Court cannot determine whether the amount in controversy exceeds the required threshold amount for diversity jurisdiction to exist.

The Court is not being hyper-technical:  Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

Accordingly, the Court **ORDERS** Plaintiffs to file a Second Amended Complaint by **March 30, 2015**, properly alleging the basis for this Court's jurisdiction as discussed above.  Eli Lilly need not answer the Amended Complaint, and its time to answer will run from when it is served with Plaintiffs' Second Amended Complaint.

March 24, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**