UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRI HILL; JANE COLLETT; MARY McCARTY; JAMES SINES; SHERRY WHITESIDE; and JACQUELINE MOORE, <br><br>      Plaintiffs,<br><br>ELI LILLY AND COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) CAUSE NO. 1:15-CV-0141 JMS-DKL<br>)<br>)<br>)<br>) |

**PARTIES' JOINT JURISDICTIONAL STATEMENT**

Pursuant to the Court's Order [Dkt. 26], counsel for Plaintiffs Terri Hill, Jane Collett, Mary McCarty, James Sines, Sherry Whiteside, and Jacqueline Moore and Defendant Eli Lilly and Company ("Lilly") have conferred. Based upon the investigation directed by the Court, the parties agree that Defendant Eli Lilly and Company is a corporation organized under the laws of the State of Indiana with its principal place of business in Indianapolis, Marion County, Indiana. The parties have further agreed that Plaintiffs will provide to Lilly on or before July 17, 2015 declarations pursuant to 28 U.S.C. § 1746 attesting to their citizenship as set out below.

1. Plaintiff Terri Hill is a citizen of the State of South Carolina and resident of Cherokee County, South Carolina. Plaintiff Terri Hill is not a citizen of the State of Indiana.

2. Plaintiff Jane Collett is a citizen of the State of Kentucky and resident of Morgan County, Kentucky. Plaintiff Jane Collett is not a citizen of the State of Indiana.

3. Plaintiff Mary McCarty is a citizen of the State of Texas and resident of Harris, and Montgomery Counties, Texas. Plaintiff Mary McCarty is not a citizen of the State of Indiana.

4. Plaintiff James Sines is a citizen of the State of Florida and resident of Bay County, Florida. Prior to July 2014, Plaintiff James Sines was a citizen of the State of Alabama

and resident of Crenshaw County, Alabama.  Plaintiff James Sines is not a citizen of the State of Indiana.

5. Plaintiff Sherry Whiteside is a citizen of the State of Tennessee and resident of Hamilton County, Tennessee.  Plaintiff Sherry Whiteside is not a citizen of the State of Indiana.

6. Plaintiff Jacqueline Moore is a citizen of the State of Idaho and resident of Canyon County, Idaho.  Plaintiff Jacqueline Moore is not a citizen of the State of Indiana.

Upon receipt of Plaintiffs' declarations, Lilly will file an Amended Answer.  Subject to any changes in the citizenship of any party, the parties jointly submit that, based upon the anticipated declarations from Plaintiffs, the Court has diversity jurisdiction over Plaintiffs' claims under 28 U.S.C. § 1332(a) in that the dispute is between citizens of different states and, although Lilly denies Plaintiffs are entitled to recover any amount in damages, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

Respectfully submitted,

ICE MILLER LLP

*s/ Nancy Menard Riddle*
Nancy Menard Riddle, #15075-49
Phone: 317-236-2189
Fax:  317-592-4740
Email:  Nancy.Riddle@icemiller.com
Mary Nold Larimore, #9877-49
Phone:  317-236-2407
Fax:  317-592-4688
Email:  Larimore@icemiller.com

One American Square, Suite 2900
Indianapolis, IN  46282-0200

*Counsel for Defendant Eli Lilly and Company*

BAUM HUDLUND ARISTEI & GOLDMAN, P.C.

*s/ Brent Wisner* (with consent)
R. Brent Wisner
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Phone: (310) 207-3233
Fax: (310) 820-7444

Diane Marger Moore
dmargermoore@baumhedlundlaw.com
201 North Illinois Street
16th Floor – South Tower
Indianapolis, IN  46204
Phone: (317) 610-3437
Fax: (317) 610-3202

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of July, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

| | |
|---|---|
| Diane Marger Moore | Robert Brent Wisner |
| dmargermoore@baumhedlundlaw.com | rbwisner@baumhedlundlaw.com |

             /s/ *Nancy Menard Riddle*
             Nancy Menard Riddle