UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRI HILL; JANE COLLETT; MARY McCARTY; JAMES SINES; SHERRY WHITESIDE; and JACQUELINE MOORE, <br><br> Plaintiffs, <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ) ) CAUSE NO. ) 1:15-CV-0141- ) JMS-DKL ) ) ) ) ) ) |

> The Parties' Joint Jurisdictional Statement, [Filing No. 28], does not discuss whether the amount in controversy exceeds $75,000, exclusive of interest and costs, for each Plaintiff. The Court assumes this is the case, but if any party disagrees, it must file a statement by **July 22, 2015** setting forth its position. Absent such a statement being filed, the Court accepts the Parties' Joint Jurisdictional Statement as sufficient to establish diversity jurisdiction at this time.
> JMS, DJ
> 07/14/15

### PARTIES' JOINT JURISDICTIONAL STATEMENT

Pursuant to the Court's Order [Dkt. 26], counsel for Plaintiffs Terri Hill, Jane Collett, Mary McCarty, James Sines, Sherry Whiteside, and Jacqueline Moore and Defendant Eli Lilly and Company ("Lilly") have conferred. Based upon the investigation directed by the Court, the parties agree that Defendant Eli Lilly and Company is a corporation organized under the laws of the State of Indiana with its principal place of business in Indianapolis, Marion County, Indiana. The parties have further agreed that Plaintiffs will provide to Lilly on or before July 17, 2015 declarations pursuant to 28 U.S.C. § 1746 attesting to their citizenship as set out below.

1. Plaintiff Terri Hill is a citizen of the State of South Carolina and resident of Cherokee County, South Carolina. Plaintiff Terri Hill is not a citizen of the State of Indiana.

2. Plaintiff Jane Collett is a citizen of the State of Kentucky and resident of Morgan County, Kentucky. Plaintiff Jane Collett is not a citizen of the State of Indiana.

3. Plaintiff Mary McCarty is a citizen of the State of Texas and resident of Harris, and Montgomery Counties, Texas. Plaintiff Mary McCarty is not a citizen of the State of Indiana.

4. Plaintiff James Sines is a citizen of the State of Florida and resident of Bay County, Florida. Prior to July 2014, Plaintiff James Sines was a citizen of the State of Alabama