UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRI HILL; JANE COLLETT; MARY McCARTY; JAMES SINES; SHERRY WHITESIDE; and JACQUELINE MOORE, | ) ) ) ) |
| Plaintiffs, | ) CAUSE NO. 1:15-CV-0141 JMS-DKL ) |
| ELI LILLY AND COMPANY, | ) ) |
| Defendant. | ) |

**PARTIES' JOINT JURISDICTIONAL STATEMENT**

The Parties state that as provided in their Joint Jurisdictional Statement filed July 17, 2015 [Filing No. 28], Plaintiffs Terri Hill, Jane Collett, Mary McCarty, James Sines, Sherry Whiteside, and Jacqueline Moore have each provided a Declaration of Citizenship to counsel for Defendant Eli Lilly and Company ("Lilly").

Accordingly, pursuant to the Court's Order of July 22, 2015 [Filing No. 34], the Parties submit the following Joint Jurisdictional Statement:

1. Plaintiff Terri Hill is a citizen of the State of South Carolina and resident of Cherokee County, South Carolina. Plaintiff Terri Hill is not a citizen of the State of Indiana.

2. Plaintiff Jane Collett is a citizen of the State of Kentucky and resident of Morgan County, Kentucky. Plaintiff Jane Collett is not a citizen of the State of Indiana.

3. Plaintiff Mary McCarty is a citizen of the State of Texas and resident of Harris, and Montgomery Counties, Texas. Plaintiff Mary McCarty is not a citizen of the State of Indiana.

4. Plaintiff James Sines is a citizen of the State of Florida and resident of Bay County, Florida. Prior to July 2014, Plaintiff James Sines was a citizen of the State of Alabama and resident of Crenshaw County, Alabama. Plaintiff James Sines is not a citizen of the State of Indiana.

5. Plaintiff Sherry Whiteside is a citizen of the State of Tennessee and resident of Hamilton County, Tennessee. Plaintiff Sherry Whiteside is not a citizen of the State of Indiana.

6. Plaintiff Jacqueline Moore is a citizen of the State of Idaho and resident of Canyon County, Idaho. Plaintiff Jacqueline Moore is not a citizen of the State of Indiana.

7. Defendant Eli Lilly and Company is a corporation organized under the laws of the State of Indiana with its principal place of business in Indianapolis, Marion County, Indiana.

8. This Court has diversity jurisdiction over Plaintiffs' claims under 28 U.S.C. § 1332(a) in that the dispute is between citizens of different states and, although Lilly denies that any of the Plaintiffs is entitled to recover any amount in damages, the amount in controversy as to each Plaintiff exceeds $75,000.00, exclusive of interest and costs.

Dated: July 31, 2015.

Respectfully submitted,

ICE MILLER LLP

*s/ Nancy Menard Riddle*
Nancy Menard Riddle, #15075-49
Phone: 317-236-2189
Fax: 317-592-4740
Email: Nancy.Riddle@icemiller.com
Mary Nold Larimore, #9877-49
Phone: 317-236-2407
Fax: 317-592-4688
Email: Larimore@icemiller.com
One American Square
Suite 2900
Indianapolis, IN 46282-0200

Michael X. Imbroscio
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington D.C. 20001-4956
Phone: (202) 662-5694
Fax: (202) 778-5868
Email: mimbroscio@cov.com

*Counsel for Defendant Eli Lilly and Company*

BAUM HUDLUND ARISTEI & GOLDMAN, P.C.

*s/ Brent Wisner* (with consent)
R. Brent Wisner
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Phone: (310) 207-3233
Fax: (310) 820-7444

Diane Marger Moore
dmargermoore@baumhedlundlaw.com
201 North Illinois Street
16th Floor – South Tower
Indianapolis, IN  46204
Phone: (317) 610-3437
Fax: (317) 610-3202

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of July, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

| | |
|---|---|
| Diane Marger Moore | Robert Brent Wisner |
| dmargermoore@baumhedlundlaw.com | rbwisner@baumhedlundlaw.com |

     /s/ *Nancy Menard Riddle*
     Nancy Menard Riddle

I\5467131.3