UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRI HILL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:15-cv-00141-JMS-DKL |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) |

**ENTRY FROM UNSCHEDULED INITIAL PRE-TRIAL CONFERENCE**
**JANUARY 4, 2016**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

Parties appeared for an initial pre-trial conference. Plaintiff appeared by counsel, Robert Wisner. Defendant appeared by counsel, Mary Larimore and Phyllis Jones. A discussion was held regarding discovery, settlement, case management plan ("CMP") and related matters. The parties are directed to file a CMP containing the dates discussed during the conference. This matter is set for a telephonic status conference on **THURSDAY, MARCH 17, 2016, AT 11:15 A.M., EASTERN**. Counsel will receive call-in instructions for the conference via separate email notification. The conference concluded without further order.

Date: 01/27/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Diane Marger Moore
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
dmargermoore@baumhedlundlaw.com

Robert Brent Wisner
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
rbwisner@baumhedlundlaw.com

Michael X. Imbroscio
COVINGTON & BURLING LLP
mimbroscio@cov.com

Phyllis A. Jones
COVINGTON & BURLING LLP
pajones@cov.com

Mary Nold Larimore
ICE MILLER LLP
larimore@icemiller.com

Nancy Menard Riddle
ICE MILLER LLP
nancy.riddle@icemiller.com